## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on July 01, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| **v.** : | **MAGISTRATE NO. 26-mj-00102** |
| : | |
| **CLIFTON STEVENSON,** : | |
| : | **VIOLATIONS:** |
| **Defendant.** : | **18 U.S.C. § 2250(a)** |
| : | **(Failure to Register as a Sex Offender)** |
| : | |
| : | |
| : | |
| : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about and between the dates of December 31, 2025, and June 14, 2026, within the District of Columbia and elsewhere, the defendant, **CLIFTON STEVENSON,** a person required to register under the Sex Offender Registration and Notification Act, knowingly failed to register by failing to update his address within three days of his change of address.

(**Failure to Register as a Sex Offender**, in violation of 18 U.S.C. § 2250(a))

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro

By: _Janani J. Iyengar_

Janani Iyengar
Attorney of the United States
and for the District of Columbia